■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM GREEN, Appellant. [26 NYS3d 468]—Order, Supreme Court, New York County (Bonnie G. Wittner, J.), entered on or about September 8, 2014, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly assessed points under the risk factors for forcible compulsion, number of victims, and age of victim. The record establishes defendant's actual use of force during the underlying sex crime, as well as his use of both express and implied threats of force. The evidence also supports the conclusion that the child who was present during the incident was a victim of defendant's sexual offense within the meaning of the guidelines, and thus qualified as both a second victim and as a child victim.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). There were no mitigating factors that were not adequately taken into account by the guidelines or outweighed by aggravating factors including defendant's criminal history and prison disciplinary record. Concur—Mazzarelli, J.P., Sweeny, Manzanet-Daniels and Gische, JJ.